# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1505
_____

JAMMAR LANIER HILLS JR,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the County Court for Alachua County.
Susan Miller-Jones, Judge.

May 8, 2026


PER CURIAM.

   AFFIRMED.

OSTERHAUS, C.J., and LEWIS and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Jasmine Russell Dixon, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Christina Piotrowski, Assistant Attorney General, Tallahassee, for Appellee.